NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

EMCORE CORPORATION,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AND AVAGO TECHNOLOGIES, LTD.,
*Intervenors.*

---

2011-1069

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-669.

---

ON MOTION

---

ORDER

Upon consideration of Avago Technologies Fiber IP (Singapore) Pte. Ltd. et al.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

**DEC 1 4 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Frederick A. Lorig, Esq.
     Clint A. Gerdine, Esq.
     John C. Vetter, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK